FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  BONNIE SUDDERTH

JUSTICES
  LEE GABRIEL
  ELIZABETH KERR
  MARK T. PITTMAN
  J. WADE BIRDWELL
  DABNEY BASSEL
  DANA WOMACK

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

May 30, 2019

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Building
100 N. Calhoun, 4th Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Catherine Luft
Assistant Criminal District Attorney
1450 East McKinney, Ste. 3100
Denton, TX 76209
* DELIVERED VIA E-MAIL *

C. L.

James (Jim) H. Horton
James H. Horton Law Firm, P.C.
1513 N. Locust St.
Denton, TX 76201-3041
* DELIVERED VIA E-MAIL *

Hon. Kimberly C. McCary
Judge, County Court at Law No. 1
210 S. Woodrow Ln.
Denton, TX 76205
* DELIVERED VIA E-MAIL *

Juvenile Court Clerk, Denton County
Charlie J. Cole Bldg.
210 South Woodrow Lane
Denton, TX 76205-6304
* DELIVERED VIA E-MAIL *

RE:  Court of Appeals Number:  02-19-00050-CV
02-19-00051-CV
02-19-00052-CV
02-19-00053-CV
02-19-00054-CV
02-19-00055-CV
02-19-00056-CV

Trial Court Case Number:  JV-2018-00424
JV-2018-00536
JV-2018-00692
JV-2018-00693
JV-2018-00694
JV-2018-00706
JV-2018-00712

02-19-00050-CV
May 30, 2019
Page 2

Style:    In the Matter of S.L.

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause. Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*